IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **STEPHANIE BARNETT** | CASE NO. <u>1:16-CV-469</u> |
| **Plaintiff** | JUDGE <u>Michael R. Barrett</u> |
| vs. | |
| **SARAH RONAN-BENTLE, M.D.** , **et al.** | Stipulation of Voluntary Dismissal by Parties F.R.C.P. 41(a)(1)(A)(ii) |
| **Defendants** | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

Now come the parties, by and through counsel their respective counsel, and pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii) hereby file this STIPULATION OF VOLUNTARY DISMISSAL.  This action not having been dismissed previously, this dismissal is without prejudice.

Authority:   Federal Rule Civil Procedure 41(a)(1)(A)(ii)

<u>/s/ Donald C. LeRoy</u>
Donald C. LeRoy      (0024649)
Attorney for Plaintiff
9435 Waterstone Blvd., Suite 140
Cincinnati, Ohio  45249
513-867-8200
513-785-3625-fax
dcleroy@fuse.net

<u>/s/ Matthew J. Horwitz – per email auth.</u>
Matthew J. Horwitz   (             )
Assistant United States Attorney
U.S. Attorney's Office for the Southern District of Ohio
221 E. Fourth Street, Suite 400
Cincinnati, Ohio 45202

/s/ Mark McDonald – per email auth.
Mark McDonald       (0009473)
Freund, Freeze & Arnold
Attorney for Defendant Ronan-Bentle
105 E. Fourth Street
Suite 1400
Cincinnati, Ohio  45202-4035


/s/ Jade Stewart – per email auth.
Jade Stewart        (0083693)
Freund, Freeze & Arnold
Attorney for Defendant Ronan-Bentle
105 E. Fourth Street
Suite 1400
Cincinnati, Ohio  45202-4035


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within was served on

| | |
|---|---|
| Margaret Castro<br>Assistant United States Attorney<br>U.S. Attorney's Office for the Southern District of Ohio<br>221 E. Fourth Street, Suite 400<br>Cincinnati, Ohio 45202 | Margaret.Castro@usdoj.gov |
| Mark McDonald<br>Freund, Freeze & Arnold<br>105 E. Fourth Street<br>Suite 1400<br>Cincinnati, Ohio  45202-4035 | mmacdonald@ffalaw.com |
| Jade Stewart<br>Freund, Freeze & Arnold<br>105 E. Fourth Street<br>Suite 1400<br>Cincinnati, Ohio  45202-4035 | jstewart@ffalaw.com> |

by Ordinary U.S. Mail and electronic service this 22nd day of June, 2016.

/s/ Donald C. LeRoy
Donald C. LeRoy     (0024649)
Attorney for Plaintiffs